Certificate Number: 14912-PAW-DE-033671555

Bankruptcy Case Number: 19-11037



14912-PAW-DE-033671555

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 8, 2019, at 4:15 o'clock PM EST, Howard Porterfield completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  November 8, 2019          By:   /s/Jai Bhatt

                                 Name: Jai Bhatt

                                 Title: Counselor