Certificate Number: 14912-PAW-DE-033671556

Bankruptcy Case Number: 19-11037



14912-PAW-DE-033671556

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 8, 2019, at 4:15 o'clock PM EST, Janet Porterfield completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  November 8, 2019           By:   /s/Jai Bhatt

                                  Name: Jai Bhatt

                                  Title: Counselor