Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Howard L. Porterfield Jr.**
**Janet S. Porterfield**
   Debtor(s)

Bankruptcy Case No.: 19−11037−TPA
Per September 1, 2020 Proceeding
Chapter: 13
Docket No.: 28 − 8, 26
Concil. Conf.: 5/5/20 at 02:00 PM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated October 15, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $2,206.00 as of September, 2020. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on 5/5/20 at 02:00 PM, in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Bayview Loan Servicing (Claim No. 31) .

☑ H.   Additional Terms: Ally Financial (Claim No. 15) to be paid per Order of AP 20−1014 Document No. 10.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Dated: September 9, 2020

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 19-11037-TPA
Howard L. Porterfield, Jr.                                                      Chapter 13
Janet S. Porterfield
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: vson              Page 1 of 3              Date Rcvd: Sep 09, 2020
                              Form ID: 149            Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2020.
db/jdb         +Howard L. Porterfield, Jr.,   Janet S. Porterfield,   13 Williams Drive,
                 West Middlesex, PA 16159-2543
cr             +Bayview Loan Servicing, LLC,   ALDRIDGE PITE, LLP,   4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,   San Diego, CA 92177-7921
15139500       +Barclays Bank Delaware,   Attn: Correspondence,   Po Box 8801,   Wilmington, DE 19899-8801
15196681       +Bayview Loan Servicing, LLC, a Delaware Limited Li,   c/o McCabe, Weisberg & Conway, LLC,
                 Suite 1400,   123 South Broad Street,   Philadelphia, PA 19109-1060
15166066        Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
15139505        Citibank North America,   Citibank SD MC 425,   5800 South Corp Place,   Sioux Falls, SD 57108
15172547        Citibank, N.A.,   5800 S Corporate Pl,   Sioux Falls, SD  57108-5027
15139506       +Citibank/Best Buy,   Attn: Bankruptcy,   Po Box 790441,   St. Louis, MO 63179-0441
15139507       +Citibank/The Home Depot,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,
                 St Louis, MO 63179-0034
15139516       +Deptartment Store National Bank/Macy's,   Attn: Bankruptcy,   9111 Duke Boulevard,
                 Mason, OH 45040-8999
15139518       +EdFinancial Services,   Attn: Bankruptcy,   Po Box 36008,   Knoxville, TN 37930-6008
15152249       +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
15139818       +Orion,   c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15139533       +Target,   Po Box 673,   Minneapolis, MN 55440-0673
15139532       +Target,   Attn: Bankruptcy,   Po Box 9475,   Minneapolis, MN 55440-9475
15139534       +Trac/CBCD/Citicorp,   Citicorp Credit/Centralized Bankruptcy,   Po Box 20507,
                 Kansas City, MO 64195-0507
15139535       +Trident Asset Management,   Attn: Bankruptcy,   Po Box 888424,   Atlanta, GA 30356-0424
15171050        UPMC Health Services,   PO Box 1123,   Minneapolis MN 55440-1123
15171053        UPMC Physician Services,   PO Box 1123,   Minneapolis MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 10 2020 05:16:34
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15139499       +E-mail/Text: ally@ebn.phinsolutions.com Sep 10 2020 05:08:27     Ally Financial,
                 Attn: Bankruptcy Dept,   Po Box 380901,   Bloomington, MN 55438-0901
15166960        E-mail/Text: ally@ebn.phinsolutions.com Sep 10 2020 05:08:27     Ally Financial,
                 PO Box 130424,   Roseville MN 55113-0004
15139501       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 10 2020 05:10:04
                 Bayview Financial Loan,   Attn: Bankruptcy Dept,   4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
15172005       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 10 2020 05:10:04
                 Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd., 5th Floor,
                 Coral Gables, FL 33146-1873
15139502       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 10 2020 05:16:11     Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
15155766        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 10 2020 05:16:11
                 Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
                 Charlotte, NC  28272-1083
15139503       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 10 2020 05:16:11     Capital One/Menards,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
15139508       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 10 2020 05:08:50     Comenity Bank/Express,
                 Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
15139509       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 10 2020 05:08:50     Comenity Bank/Lane Bryant,
                 Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
15139510       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 10 2020 05:08:50     Comenity Bank/Torrid,
                 Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
15139511       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 10 2020 05:08:50
                 Comenity Bank/Victoria Secret,   Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
15139513       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 10 2020 05:08:51     ComenityCapital/Boscov,
                 Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
15139512       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 10 2020 05:08:51     Comenitycapital/Big Lot,
                 Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
15139514       +E-mail/Text: bdsupport@creditmanagementcompany.com Sep 10 2020 05:10:03
                 Credit Management Company,   Attn: Bankruptcy,   2121 Noblestown Road,
                 Pittsburgh, PA 15205-3956
15139517        E-mail/Text: mrdiscen@discover.com Sep 10 2020 05:08:31     Discover Financial,
                 Attn: Bankruptcy Department,   Po Box 15316,   Wilmington, DE 19850
15172776        E-mail/Text: bnc-quantum@quantum3group.com Sep 10 2020 05:08:54
                 Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA  98083-0657
15139515       +E-mail/Text: electronicbkydocs@nelnet.net Sep 10 2020 05:09:45
                 Department of Education/Nelnet,   Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
15141922        E-mail/Text: mrdiscen@discover.com Sep 10 2020 05:08:31     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025

```
District/off: 0315-1              User: vson                  Page 2 of 3                  Date Rcvd: Sep 09, 2020
                                  Form ID: 149                Total Noticed: 61


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15171944       E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 10 2020 05:09:56      Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
15139504       E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 10 2020 05:16:10      Chase Card Services,
                 Attn: Bankruptcy,   Po Box 15298,   Wilmington, DE 19850
15139519      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Sep 10 2020 05:09:52       KeyBank,
                 3198 Belmont Avenue,   Youngstown, OH 44505-1887
15173728      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Sep 10 2020 05:09:52       KeyBank N.A.,
                 4910 Tiedeman Road,   Brooklyn Ohio 44144-2338
15139520      +E-mail/Text: PBNCNotifications@peritusservices.com Sep 10 2020 05:08:37      Kohls/Capital One,
                 Attn: Credit Administrator,   Po Box 3043,   Milwaukee, WI 53201-3043
15153563       E-mail/PDF: cbp@onemainfinancial.com Sep 10 2020 05:15:46      ONEMAIN,   PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
15139521      +E-mail/PDF: cbp@onemainfinancial.com Sep 10 2020 05:16:06      OneMain Financial,
                 Attn: Bankruptcy,   Po Box 3251,   Evansville, IN 47731-3251
15166000       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 10 2020 05:16:14
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
15139522      +E-mail/Text: pennstarfcu@neohio.twcbc.com Sep 10 2020 05:10:06      Pennstar Fcu,
                 3735 E State St,   Hermitage, PA 16148-3410
15171159       E-mail/Text: bnc-quantum@quantum3group.com Sep 10 2020 05:08:54
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
15171160       E-mail/Text: bnc-quantum@quantum3group.com Sep 10 2020 05:08:55
                 Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                 Kirkland, WA  98083-0788
15139523      +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2020 05:16:27      Synchrony Bank,
                 Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
15139524      +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2020 05:15:47      Synchrony Bank/ Money Sport,
                 Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
15139525      +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2020 05:16:07      Synchrony Bank/Amazon,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
15139526      +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2020 05:16:07      Synchrony Bank/American Eagle,
                 Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
15139527      +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2020 05:16:11      Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
15139528      +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2020 05:16:07      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
15139529      +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2020 05:15:47      Synchrony Bank/Sams,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
15139530      +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2020 05:15:48      Synchrony Bank/TJX,
                 Po Box 965015,   Orlando, FL 32896-5015
15139531      +E-mail/PDF: gecsedi@recoverycorp.com Sep 10 2020 05:16:08      Synchrony Bank/Walmart,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
15173046      +E-mail/Text: bncmail@w-legal.com Sep 10 2020 05:09:50       TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
15171119       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 10 2020 05:16:35      Verizon,
                 by American InfoSource as agent,   PO Box 4457,   Houston, TX  77210-4457
15139536      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 10 2020 05:15:50
                 World's Foremost Bank,   Attn: Bankruptcy,   4800 Nw 1st St,   Lincoln, NE 68521-4463
                                                                                               TOTAL: 42

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bayview Loan Servicing, LLC, A Delaware Limited Li
15139537*     +Ally Financial,   Attn: Bankruptcy Dept,   Po Box 380901,   Bloomington, MN 55438-0901
15139538*     +Barclays Bank Delaware,   Attn: Correspondence,   Po Box 8801,   Wilmington, DE 19899-8801
15139539*     +Bayview Financial Loan,   Attn: Bankruptcy Dept,   4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
15139540*     +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
15167825*      Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
15139541*     +Capital One/Menards,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
15139543*      Citibank North America,   Citibank SD MC 425,   5800 South Corp Place,   Sioux Falls, SD 57108
15139544*     +Citibank/Best Buy,   Attn: Bankruptcy,   Po Box 790441,   St. Louis, MO 63179-0441
15139545*     +Citibank/The Home Depot,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,
                 St Louis, MO 63179-0034
15139546*     +Comenity Bank/Express,   Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
15139547*     +Comenity Bank/Lane Bryant,   Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
15139548*     +Comenity Bank/Torrid,   Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
15139549*     +Comenity Bank/Victoria Secret,   Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
15139551*     +ComenityCapital/Boscov,   Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
15139550*     +Comenitycapital/Big Lot,   Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
15139552*     +Credit Management Company,   Attn: Bankruptcy,   2121 Noblestown Road,
                 Pittsburgh, PA 15205-3956
15139555*    ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
               (address filed with court: Discover Financial,     Attn: Bankruptcy Department,   Po Box 15316,
                 Wilmington, DE 19850)
15139553*     +Department of Education/Nelnet,   Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
15139554*     +Deptartment Store National Bank/Macy's,   Attn: Bankruptcy,   9111 Duke Boulevard,
                 Mason, OH 45040-8999
15139556*     +EdFinancial Services,   Attn: Bankruptcy,   Po Box 36008,   Knoxville, TN 37930-6008
```

```
District/off: 0315-1              User: vson                  Page 3 of 3                  Date Rcvd: Sep 09, 2020
                                  Form ID: 149                Total Noticed: 61


              ***** BYPASSED RECIPIENTS (continued) *****
15139542*       ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
                  MONROE LA 71203-4774
                 (address filed with court: Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                  Wilmington, DE 19850)
15139557*        +KeyBank,   3198 Belmont Avenue,    Youngstown, OH 44505-1887
15139558*        +Kohls/Capital One,    Attn: Credit Administrator,    Po Box 3043,   Milwaukee, WI 53201-3043
15139559*        +OneMain Financial,    Attn: Bankruptcy,    Po Box 3251,   Evansville, IN 47731-3251
15139560*        +Pennstar Fcu,   3735 E State St,    Hermitage, PA 16148-3410
15139561*        +Synchrony Bank,    Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
15139562*        +Synchrony Bank/ Money Sport,    Attn: Bankruptcy Dept,    Po Box 965060,
                  Orlando, FL 32896-5060
15139563*        +Synchrony Bank/Amazon,    Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
15139564*        +Synchrony Bank/American Eagle,    Attn: Bankruptcy Dept,    Po Box 965060,
                  Orlando, FL 32896-5060
15139565*        +Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
15139566*        +Synchrony Bank/Lowes,    Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
15139567*        +Synchrony Bank/Sams,    Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
15139568*        +Synchrony Bank/TJX,    Po Box 965015,    Orlando, FL 32896-5015
15139569*        +Synchrony Bank/Walmart,    Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
15139570*        +Target,    Attn: Bankruptcy,    Po Box 9475,   Minneapolis, MN 55440-9475
15139571*        +Target,    Po Box 673,   Minneapolis, MN 55440-0673
15139572*        +Trac/CBCD/Citicorp,    Citicorp Credit/Centralized Bankruptcy,    Po Box 20507,
                  Kansas City, MO 64195-0507
15139573*        +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,   Atlanta, GA 30356-0424
15139574*        +World's Foremost Bank,    Attn: Bankruptcy,    4800 Nw 1st St,   Lincoln, NE 68521-4463
                                                                                              TOTALS: 1, * 39, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2020 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited Liability
               Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              James   Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebeka   Seelinger    on behalf of Plaintiff Janet S. Porterfield rebeka@seelingerlaw.com
              Rebeka   Seelinger    on behalf of Joint Debtor Janet S. Porterfield rebeka@seelingerlaw.com
              Rebeka   Seelinger    on behalf of Debtor Howard L. Porterfield, Jr. rebeka@seelingerlaw.com
              Rebeka   Seelinger    on behalf of Plaintiff Howard L. Porterfield, Jr. rebeka@seelingerlaw.com
              Richard J. Bedford    on behalf of Plaintiff Howard L. Porterfield, Jr. richard@seelingerlaw.com,
               rjb8181@gmail.com
              Richard J. Bedford    on behalf of Plaintiff Janet S. Porterfield richard@seelingerlaw.com,
               rjb8181@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10
```