IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | |
| Howard L. Porterfield, Jr. | : |
| Janet S. Porterfield | : |
|     Debtors | : |
| | :   Bankruptcy No. 19-11037-TPA |
| Community Loan Servicing, LLC, | : |
| | :   Chapter 13 |
|     Movant | : |
| | : |
|     v. | :   Claim No. 31 |
| Howard L. Porterfield, Jr., Janet S. Porterfield, | : |
| and Ronda J. Winnecour, Esq. Trustee | : |
|  Respondents | : |

## DECLARATION

NOW, this 20th day of October 2020, upon review of the NOTICE OF MORTGAGE PAYMENT CHANGE filed by Community Loan Servicing, LLC at Claim No. 31 in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely payments of $1,247.14, effective 11/12/2020.

Dated: October 20, 2020          Signed: /s/ Rebeka A. Seelinger Esq.
                                              Rebeka A Seelinger Esq.
                                              Pa. I.D. #93897
                                              4640 Wolf Rd
                                              Erie, PA 16505
                                              (814)-824-6670
                                              E-Mail: rebeka@seelingerlaw.com