UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Case No. 19-11037-TPA |
|     Howard L. Porterfield, Jr. | : Chapter 13 |
|     Janet S. Porterfield | : |
|         Debtors | : |
| | |
| Community Loan Servicing, LLC | : |
| fka Bayview Loan Servicing, LLC or its | : |
| Successors or Assignee, | : |
|         Movant | : Document No. |
|     vs. | : |
| Ronda J. Winnecour, | : |
| Howard L. Porterfield, Jr. | : |
| Janet S. Porterfield, | : |
|         Respondents | : |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served, or caused to be served, a true and correct copy of the DEBTORS' RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY on the parties listed below on November 9, 2020, by regular First Class United States Mail or other method as described below.

| | |
|---|---|
| Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh PA 15222<br>(Via CM/ECF) | Ronda J. Winnecour, Esquire<br>3250 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh PA 15219<br>(Via CM/ECF) |

Ann E. Swartz, Esquire
123 South Broad Street, Suite 1400
Philadelphia PA 19109
(Via CM/ECF)

Via US Mail:
Community Loan Servicing, LLC
4425 Ponce De Leon Blvd., 5th Floor
Coral Gable FL 33146

Date: November 9, 2020     /s/ Rebeka A. Seelinger
                                    Rebeka A. Seelinger, Esquire  Pa. I.D. #93897
                                    4640 Wolf Rd

Erie, PA 16505
(814)-824-6670
E-Mail: rebeka@seelingerlaw.com
Counsel for Debtors