FILED
12/10/20 1:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-11037-TPA |
| | : | | |
| Howard L. Porterfield, Jr. | : | Chapter: | 13 |
| Janet S. Porterfield | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 12/9/2020 |
| | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER**  #37 MFRS (Community Loan)
              #40 Resp. by Debtor

**APPEARANCES:**
  Debtor:    Richard J. Bedford
  Trustee:   Ronda Winnecour
  Community Loan: Ann Swartz

**NOTES:**

Swartz:       $2200 is now increased plan payment.

Bedford:      Final confirmation on 9/9/20.

Winnecour:    Agree. Debtors are catching up deficiency.

**OUTCOME:**   Continued to conciliation on 3/16/21 at 9:30am

*/s/ Thomas P. Agresti*

asg