Case 19-11037-TPA    Doc 47    Filed 03/17/21    Entered 03/17/21 16:35:58    Desc Main
Document    Page 1 of 1

FILED
3/17/21 3:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

    Debtor: Howard L. Porterfield, Jr.
              Janet S. Porterfield
    Case Number: 19-11037-TPA        (Chapter 13)
    Date / Time / Room: 03/16/2021 09:30 am /Bankruptcy Courtroom
    Hearing Officer: CHAPTER 13 TRUSTEE

### *Matter:* #37 – MFRS by Community Loan Servicing, LLC

### *Appearances:*

Debtor: Bedford ~~Seelinger~~

Trustee: Winnecour/ Katz / DeSimone    Wambrodt

Creditor: Lauren Moyer – Comm. Loan Svcg

### *Proceedings:*

Recommended Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within _____ Days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to _____, effective _____.
7. ___ Plan/Motion continued to _____ at _____.
8. ___ An Amended Plan is to be served on allcreditors and certificate of service filed by
Objections aredue on or before _____.
A hearing on theAmended is set for _____ at _____.
9. ✓ Other: Mtn to w/drw MFR filed 3/15/21 @ doc. 45

### For Judge Agresti cases:
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loandebt differs in any respect to that of the unsecured debt in the case, describesuch differences and reasons for disparate treatment: