FILED
3/16/21 11:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Howard L. Porterfield, Jr. and Janet S. Porterfield<br>　　　　　Debtors<br><br>Community Loan Servicing, LLC (fka Bayview Loan Servicing, LLC, a Delaware Limited Liability Company), or its Successor or Assignee<br>　　　　　Movant<br><br>vs.<br><br>Ronda J. Winnecour<br>Howard L. Porterfield, Jr. and Janet S. Porterfield<br>　　　　　Respondents | Chapter 13<br><br>Bankruptcy No. 19-11037-TPA<br><br>Related to Document Nos. 37 |

**ORDER**

AND NOW, this 16th day of March, 2021, it is hereby ORDERED that the Motion to Withdraw Motion for Relief at Docket No. 37 is granted; and it is further ORDERED that the Motion for Relief at Docket No. 37 is DENIED as WITHDRAWN.

BY THE COURT:

_____
Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Howard L. Porterfield, Jr.  
Janet S. Porterfield  
    Debtors

Case No. 19-11037-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: mgut     Page 1 of 2  
Date Rcvd: Mar 16, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Howard L. Porterfield, Jr., Janet S. Porterfield, 13 Williams Drive, West Middlesex, PA 16159-2543 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing  LLC, A Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Lauren Moyer | on behalf of Creditor Bayview Loan Servicing  LLC, A Delaware Limited Liability Company ecfmail@ecf.courtdrive.com |
| Lauren Moyer | on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC ecfmail@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Plaintiff Howard L. Porterfield  Jr. rebeka@seelingerlaw.com |
| Rebeka Seelinger | |

District/off: 0315-1     User: mgut     Page 2 of 2
Date Rcvd: Mar 16, 2021     Form ID: pdf900     Total Noticed: 1

Rebeka Seelinger
   on behalf of Plaintiff Janet S. Porterfield rebeka@seelingerlaw.com

Rebeka Seelinger
   on behalf of Joint Debtor Janet S. Porterfield rebeka@seelingerlaw.com

Rebeka Seelinger
   on behalf of Debtor Howard L. Porterfield  Jr. rebeka@seelingerlaw.com

Richard J. Bedford
   on behalf of Plaintiff Janet S. Porterfield richard@seelingerlaw.com  rjb8181@gmail.com

Richard J. Bedford
   on behalf of Joint Debtor Janet S. Porterfield richard@seelingerlaw.com  rjb8181@gmail.com

Richard J. Bedford
   on behalf of Debtor Howard L. Porterfield  Jr. richard@seelingerlaw.com, rjb8181@gmail.com

Richard J. Bedford
   on behalf of Plaintiff Howard L. Porterfield  Jr. richard@seelingerlaw.com, rjb8181@gmail.com

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

TOTAL: 13