IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>Howard L. Porterfield, Jr.<br>Janet S. Porterfield<br>    Debtors | :<br>:<br>: | Bankruptcy No. 19-11037-TPA<br>Chapter 13 |
| Community Loan Servicing, LLC,<br><br>    Movant | :<br>:<br>:<br>: | Related to Claim No. 31 |
| v.<br>Howard L. Porterfield, Jr., Janet S. Porterfield, and Ronda J. Winnecour, Esq. Trustee<br>    Respondents | :<br>:<br>:<br>: | Document No. |

## DECLARATION

Upon review of the NOTICE OF MORTGAGE PAYMENT CHANGE filed by Community Loan Servicing, LLC at Claim No. 31 in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely payments of $1,224.42, effective 11/12/2021.

Dated: October 14, 2021

/s/ Rebeka A. Seelinger
Rebeka A Seelinger Esq.
Pa. I.D. #93897
4640 Wolf Rd
Erie, PA 16505
(814)-824-6670
rebeka@seelingerlaw.com