**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>HOWARD L. PORTERFIELD, JR.<br>JANET S. PORTERFIELD | Case No. 19-11037TPA |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>COMMUNITY LOAN SERVICING LLC | Document No __ |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

LOAN SERVICER WILL CHANGE TO SN SERVICING AS OF 6/1/22. NO TRANSFER OF CLAIM HAS YET BEEN FILED.

| | |
|---|---|
| COMMUNITY LOAN SERVICING LLC<br>ATTN CASHIERING DEPT<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLES, FL 33146 | Court claim# 31/Trustee CID# 4 |

The Movant further certifies that on 05/31/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
  original creditor
  putative creditor
  counsel for debtor(s)
  counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| **DEBTOR(S):**<br>HOWARD L. PORTERFIELD, JR., JANET S. PORTERFIELD, 13 WILLIAMS DRIVE, WES MIDDLESEX, PA  16159 | **DEBTOR'S COUNSEL:**<br>REBEKA A SEELINGER ESQ, 4640 WOLF RD, ERIE, PA  16505 |
| **ORIGINAL CREDITOR'S COUNSEL:**<br>MCCABE WEISBERG & CONWAY PC, 1ST UNION BLDG, 123 S BROAD ST STE 1400, PHILADELPHIA, PA  19109 | **ORIGINAL CREDITOR:**<br>COMMUNITY LOAN SERVICING LLC, ATTN CASHIERING DEPT, 4425 PONCE DE LEON BLVD 5TH FL, CORAL GABLES, FL  33146 |
| **NEW CREDITOR:** | |