**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>HOWARD L. PORTERFIELD, JR.<br>JANET S. PORTERFIELD<br><br>    Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>    vs.   Movant<br>COMMUNITY LOAN SERVICING LLC<br><br>    Respondents | Case No. 19-11037TPA<br><br>Chapter 13<br><br>Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    LOAN SERVICER WILL CHANGE TO SN SERVICING AS OF 6/1/22. NO TRANSFER
    OF CLAIM HAS YET BEEN FILED.

| | |
|---|---|
| COMMUNITY LOAN SERVICING LLC<br>ATTN CASHIERING DEPT<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLES, FL 33146 | Court claim# 31/Trustee CID# 66 |

The Movant further certifies that on 05/31/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET |
| cc:  debtor(s)<br>    original creditor<br>    putative creditor<br>    counsel for debtor(s)<br>    counsel for the creditor(s) (if known) | SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>HOWARD L. PORTERFIELD, JR., JANET S. PORTERFIELD, 13 WILLIAMS DRIVE, WES MIDDLESEX, PA  16159 | DEBTOR'S COUNSEL:<br>REBEKA A SEELINGER ESQ, 4640 WOLF RD, ERIE, PA  16505 |
| ORIGINAL CREDITOR'S COUNSEL:<br>MCCABE WEISBERG & CONWAY PC, 1ST UNION BLDG, 123 S BROAD ST STE 1400, PHILADELPHIA, PA  19109 | ORIGINAL CREDITOR:<br>COMMUNITY LOAN SERVICING LLC, ATTN CASHIERING DEPT, 4425 PONCE DE LEON BLVD 5TH FL, CORAL GABLES, FL 33146 |
| NEW CREDITOR: | |