UNITED STATES BANKRUPTCY COURT
**WESTERN DISTRICT OF PENNSYLVANIA**

-------------------------------------------------------------------X

| | |
|---|---|
| IN RE: | CASE NO.: 19-11037-JAD |
| | CHAPTER: 13 |
| Howard L. Porterfield, Jr. | |
| Janet S. Porterfield | **NOTICE OF APPEARANCE** |
| | |
| *Debtor(s)* | HON. JUDGE.: Jeffery A. Deller |

-------------------------------------------------------------------X

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of **SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Igloo Series V Trust**, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

>FRIEDMAN VARTOLO, LLP
>Attorneys for SN Servicing Corporation as
>servicer for U.S. Bank Trust National
>Association, as Trustee of Igloo Series V Trust
>1325 Franklin Avenue, Suite 160
>Garden City, NY 11530
>bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit

shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated:   January 20, 2023

By: /s/ Lauren Moyer, Esq
FRIEDMAN VARTOLO, LLP
Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Igloo Series V Trust
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150

UNITED STATES BANKRUPTCY COURT
**WESTERN DISTRICT OF PENNSYLVANIA**

---------------------------------------------------------------------X

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 19-11037-JAD |
| | : | CHAPTER: 13 |
| Howard L. Porterfield, Jr. | : | |
| Janet S. Porterfield | : | **NOTICE OF APPEARANCE** |
| | : | |
| *Debtor* | : | HON. JUDGE.: Jeffery A. Deller |
| | : | |

---------------------------------------------------------------------X

### CERTIFICATE OF SERVICE

On ___January 20, 2023___, I __Lauren Moyer, Esq__ caused to be served a true copy of the annexed **NOTICE OF APPEARANCE** by mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: /s/ Lauren Moyer, Esq
FRIEDMAN VARTOLO LLP
1325 Franklin Avenue, Ste. 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150

## S̲ᴇʀᴠɪᴄᴇ L̲ɪsᴛ

**HOWARD L. PORTERFIELD, JR.**
13 Williams Drive
West Middlesex, PA 16159

**JANET S. PORTERFIELD**
13 Williams Drive
West Middlesex, PA 16159
*Debtor(s)*

**RICHARD J. BEDFORD**
*SEELINGER LAW CORPORATION*
4640 Wolf Road
Erie, PA 16505
*Debtor`s Attorney*

**RONDA J. WINNECOUR**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
*Trustee*

**UNITED STATES TRUSTEE**
*OFFICE OF THE UNITED STATES TRUSTEE*
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
*U.S. Trustee*