IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>Howard L. Porterfield, Jr.<br>Janet S. Porterfield<br>      Debtors | : <br> : <br> : <br> : | Bankruptcy No. 19-11037-JAD<br>Chapter 13 |
| U.S. Bank Trust N.A., as Trustee of<br>Igloo Series V Trust<br>      Movant<br>v.<br>Howard L. Porterfield, Jr., Janet S. Porterfield,<br>and Ronda J. Winnecour, Esq. Trustee<br> Respondents | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Related to Claim No. 31<br><br>Document No. |

## DECLARATION

Upon review of the NOTICE OF MORTGAGE PAYMENT CHANGE filed by U.S. Bank Trust N.A., as Trustee of Igloo Series V Trust at Claim No. 31 in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely payments of $1,226.30, effective 2/12/2023.

Dated: January 22, 2023

/s/ Rebeka A. Seelinger
Rebeka A Seelinger Esq.
Pa. I.D. #93897
4640 Wolf Rd
Erie, PA 16505
(814)-824-6670
rebeka@seelingerlaw.com