2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 19-11037-JCM
Chapter 13

In re: Debtor(s) (including Name and Address)

Howard L. Porterfield, Jr.  
13 Williams Drive  
West Middlesex PA 16159

Janet S. Porterfield  
13 Williams Drive  
West Middlesex PA 16159

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/28/2023.

Name and Address of Alleged Transferor(s):

Claim No. 31: U.S. Bank Trust National Association, 323 5th Street, Eureka, CA. 95501

Name and Address of Transferee:

SN Servicing Corporation  
323 Fifth Street  
Eureka, CA 95501

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/31/23

Michael R. Rhodes  
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11037-JCM |
| Howard L. Porterfield, Jr. | Chapter 13 |
| Janet S. Porterfield | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 29, 2023 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**
^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15495570 | ^ MEBN | Dec 29 2023 23:13:31 | U.S. Bank Trust National Association, 323 5th Street, Eureka, CA. 95501-0305 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing  LLC, A Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of Igloo Series V Trust C/O SN Servicing Corporation bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of Treehouse Series V Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Marisa Myers Cohen | on behalf of Creditor Bayview Loan Servicing  LLC, A Delaware Limited Liability Company ecfmail@mwc-law.com, mcohen@mwc-law.com |

District/off: 0315-1      User: auto      Page 2 of 2
Date Rcvd: Dec 29, 2023      Form ID: trc      Total Noticed: 1

Marisa Myers Cohen
     on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger
     on behalf of Plaintiff Howard L. Porterfield  Jr. rebeka@seelingerlaw.com

Rebeka Seelinger
     on behalf of Plaintiff Janet S. Porterfield rebeka@seelingerlaw.com

Rebeka Seelinger
     on behalf of Joint Debtor Janet S. Porterfield rebeka@seelingerlaw.com

Rebeka Seelinger
     on behalf of Debtor Howard L. Porterfield  Jr. rebeka@seelingerlaw.com

Richard J. Bedford
     on behalf of Plaintiff Janet S. Porterfield richard@seelingerlaw.com  rjb8181@gmail.com

Richard J. Bedford
     on behalf of Joint Debtor Janet S. Porterfield richard@seelingerlaw.com  rjb8181@gmail.com

Richard J. Bedford
     on behalf of Debtor Howard L. Porterfield  Jr. richard@seelingerlaw.com, rjb8181@gmail.com

Richard J. Bedford
     on behalf of Plaintiff Howard L. Porterfield  Jr. richard@seelingerlaw.com, rjb8181@gmail.com

Ronda J. Winnecour
     cmecf@chapter13trusteewdpa.com

TOTAL: 15