**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | |
| Howard L. Porterfield, Jr. | : | Bankruptcy No. 19-11037-JCM |
| Janet S. Porterfield | : | Chapter 13 |
| Debtors | : | |
| | : | |
| U.S. Bank Trust N.A., as Trustee of | : | |
| Treehouse Series V Trust | : | |
| | : | Related to Claim No. 31-1 |
| Movant | : | |
| | : | |
| v. | : | Document No. |
| Howard L. Porterfield, Jr., Janet S. Porterfield, | : | |
| and Ronda J. Winnecour, Esq. Trustee | : | |
| Respondents | : | |

**DECLARATION**

Upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **U.S. Bank Trust N.A., as Trustee of Treehouse Series V Trust** at **Claim No. 31-1** in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely payments of $1,229.13, effective 2/12/2024.

Dated:  January 3, 2024                 /s/ Rebeka A. Seelinger
                                        Rebeka A Seelinger Esq.
                                        Pa. I.D. #93897
                                        4640 Wolf Rd
                                        Erie, PA 16505
                                        (814)-824-6670
                                        rebeka@seelingerlaw.com