**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/02/2024

IN RE:

| | |
|---|---|
| HOWARD L. PORTERFIELD, JR.<br>JANET S. PORTERFIELD<br>13 WILLIAMS DRIVE<br>WEST MIDDLESEX, PA 16159<br>XXX-XX-9179        Debtor(s)<br><br>XXX-XX-0276 | Case No.19-11037<br><br>Chapter 13 |

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

   NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

   This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

   This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

   The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/2/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **ORION**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: VERIZON/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALDRIDGE PITE LLC**<br>8880 RIO SAN DIEGO DR STE 725<br>SAN DIEGO, CA 92108 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BAYVIEW LN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY FINANCIAL(*)**<br>PAYMENT PROCESSING CENTER*<br>PO BOX 660618<br>DALLAS, TX 75266-0618 | Trustee Claim Number: 3   INT %: 5.00%<br>Court Claim Number: 15<br>CLAIM: 4,377.00<br>COMMENT: $/DOE-CONF*4377@5%/PL*W/61 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7705 |
| **US BANK TRUST NA - TRUSTEE OF TREEHOUSE**<br>C/O SN SERVICING CORP<br>323 FIFTH ST<br>EUREKA, CA 95501 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 31<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4PMT-LMT*BGN 11/19*FR BAYVIEW-D32*FR CMNTY LN SVC-D54*FR | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 6465 |
| **KEYBANK NA****<br>POB 94968<br>CLEVELAND, OH 44101 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 48<br>CLAIM: 0.00<br>COMMENT: PMT/PL-CL*408.49X(60+2)=LMT*$0ARRS/PL-CL*BGN 11/19 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 6502 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 27-2<br>CLAIM: 2,488.23<br>COMMENT: BARCLAYS*FRONTIER AIRLINES*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6134 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 1,009.62<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4847 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 3,489.09<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4809 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 1,052.97<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9213 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 972.36<br>COMMENT: MENARDS*CAPITAL ONE NA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3236 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B/** C/O JPMORGAN CHASE BANK NA PO BOX 15368 WILMINGTON, DE 19850 | Trustee Claim Number:11  INT %: 0.00% Court Claim Number:4 CLAIM: 4,136.68 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2322 |
| **CITIBANK NA**** 6716 GRADE LN BLDG 9 STE 910-PY DEPT LOUISVILLE, KY 40213-3439 | Trustee Claim Number:12  INT %: 0.00% Court Claim Number:42 CLAIM: 1,267.97 COMMENT: BEST BUY VISA | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1355 |
| **CITIBANK NA**** 6716 GRADE LN BLDG 9 STE 910-PY DEPT LOUISVILLE, KY 40213-3439 | Trustee Claim Number:13  INT %: 0.00% Court Claim Number:43 CLAIM: 836.37 COMMENT: BEST BUY | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9019 |
| **CITIBANK NA**** 6716 GRADE LN BLDG 9 STE 910-PY DEPT LOUISVILLE, KY 40213-3439 | Trustee Claim Number:14  INT %: 0.00% Court Claim Number:40 CLAIM: 898.36 COMMENT: THD | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3248 |
| **CITIBANK NA**** 6716 GRADE LN BLDG 9 STE 910-PY DEPT LOUISVILLE, KY 40213-3439 | Trustee Claim Number:15  INT %: 0.00% Court Claim Number:45 CLAIM: 698.34 COMMENT: THE HOME DEPOT | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9973 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** PO BOX 788 KIRKLAND, WA 98083-0788 | Trustee Claim Number:16  INT %: 0.00% Court Claim Number:22 CLAIM: 111.88 COMMENT: EXPRESS | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 6220 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** PO BOX 788 KIRKLAND, WA 98083-0788 | Trustee Claim Number:17  INT %: 0.00% Court Claim Number:21 CLAIM: 689.28 COMMENT: LANE BRYANT | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 7258 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** PO BOX 788 KIRKLAND, WA 98083-0788 | Trustee Claim Number:18  INT %: 0.00% Court Claim Number:24 CLAIM: 643.87 COMMENT: TORRID | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2748 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** PO BOX 788 KIRKLAND, WA 98083-0788 | Trustee Claim Number:19  INT %: 0.00% Court Claim Number:25 CLAIM: 287.08 COMMENT: VICTORIAS SECRET | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9269 |
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA** PO BOX 788 KIRKLAND, WA 98083-0788 | Trustee Claim Number:20  INT %: 0.00% Court Claim Number:23 CLAIM: 2,270.65 COMMENT: BIG LOTS | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2409 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 26<br>CLAIM: 178.65<br>COMMENT: BOSCOV | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8430 |
| **CREDIT MANAGEMENT COMPANY**<br>FOSTER PLAZA BUILDING 7<br>661 ANDERSEN DR STE 110<br>PITTSBURGH, PA 15220 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PRIMARY HEALTH/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8207 |
| **US DEPARTMENT OF EDUCATION - NELNET**<br>PO BOX 82561<br>LINCOLN, NE 68501 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7347 |
| **US DEPARTMENT OF EDUCATION - NELNET**<br>PO BOX 82561<br>LINCOLN, NE 68501 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2847 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 44<br>CLAIM: 697.78<br>COMMENT: MACYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9696 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 501.68<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3355 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 736.56<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0657 |
| **EDFINANCIAL**<br>1200 N 7TH ST<br>HARRISBURG, PA 17102 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6899 |
| **EDFINANCIAL**<br>1200 N 7TH ST<br>HARRISBURG, PA 17102 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1899 |
| **EDFINANCIAL**<br>1200 N 7TH ST<br>HARRISBURG, PA 17102 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9599 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **EDFINANCIAL**<br>1200 N 7TH ST<br><br>HARRISBURG, PA 17102 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4699 |
| **EDFINANCIAL**<br>1200 N 7TH ST<br><br>HARRISBURG, PA 17102 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5899 |
| **EDFINANCIAL**<br>1200 N 7TH ST<br><br>HARRISBURG, PA 17102 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1299 |
| **EDFINANCIAL**<br>1200 N 7TH ST<br><br>HARRISBURG, PA 17102 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2499 |
| **EDFINANCIAL**<br>1200 N 7TH ST<br><br>HARRISBURG, PA 17102 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9899 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 2,409.65<br>COMMENT: KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5021 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 419.85<br>COMMENT: KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9611 |
| **ONE MAIN FINANCIAL GROUP LLC A/S/F ONE M**<br>C/O ONE MAIN(*)<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 14,240.80<br>COMMENT: 23.92%/FACE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2013 |
| **PENNSTAR FCU**<br>4139 EAST STATE ST<br><br>HERMITAGE, PA 16148 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0202 |
| **JEFFERSON CAPITAL SYSTEMS LLC\***<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: 33<br>CLAIM: 3,564.83<br>COMMENT: REF 3519288600*JCP*SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7787 |

| Creditor | Claim Info | Description |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC\*** <br> PO BOX 772813 <br> CHICAGO, IL 60677-2813 | Trustee Claim Number:41  INT %: 0.00% <br> Court Claim Number:29 <br> CLAIM: 843.96 <br> COMMENT: REF 3519193646\*SPORT\*SYNCHRONY | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4661 |
| **JEFFERSON CAPITAL SYSTEMS LLC\*** <br> PO BOX 772813 <br> CHICAGO, IL 60677-2813 | Trustee Claim Number:42  INT %: 0.00% <br> Court Claim Number:35 <br> CLAIM: 1,029.48 <br> COMMENT: REF 3519284125\*AMAZON/SYNCHRONY | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7465 |
| **JEFFERSON CAPITAL SYSTEMS LLC\*** <br> PO BOX 772813 <br> CHICAGO, IL 60677-2813 | Trustee Claim Number:43  INT %: 0.00% <br> Court Claim Number:34 <br> CLAIM: 4,146.71 <br> COMMENT: REF 3519332544\*AMAZON/SYNCHRONY | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6200 |
| **JEFFERSON CAPITAL SYSTEMS LLC\*** <br> PO BOX 772813 <br> CHICAGO, IL 60677-2813 | Trustee Claim Number:44  INT %: 0.00% <br> Court Claim Number:30 <br> CLAIM: 3,042.40 <br> COMMENT: REF 3519340588\*AMERICAN EAGLE/SYNCHRONY | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4864 |
| **JEFFERSON CAPITAL SYSTEMS LLC\*** <br> PO BOX 772813 <br> CHICAGO, IL 60677-2813 | Trustee Claim Number:45  INT %: 0.00% <br> Court Claim Number:28 <br> CLAIM: 478.89 <br> COMMENT: REF 3519187748\*CARE CREDIT/SYNCHRONY | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1207 |
| **JEFFERSON CAPITAL SYSTEMS LLC\*** <br> PO BOX 772813 <br> CHICAGO, IL 60677-2813 | Trustee Claim Number:46  INT %: 0.00% <br> Court Claim Number:32 <br> CLAIM: 2,588.17 <br> COMMENT: REF 3519299304\*CARE CREDIT/SCH\*SCORE REWARDS\*SYNCHRONY | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3604 |
| **JEFFERSON CAPITAL SYSTEMS LLC\*** <br> PO BOX 772813 <br> CHICAGO, IL 60677-2813 | Trustee Claim Number:47  INT %: 0.00% <br> Court Claim Number:39 <br> CLAIM: 1,902.94 <br> COMMENT: REF 3519380504\*X9600/SCH\*LOWES | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9404 |
| **JEFFERSON CAPITAL SYSTEMS LLC\*** <br> PO BOX 772813 <br> CHICAGO, IL 60677-2813 | Trustee Claim Number:48  INT %: 0.00% <br> Court Claim Number:38 <br> CLAIM: 867.80 <br> COMMENT: REF 3519391241\*LOWES/SYNCHRONY | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1592 |
| **JEFFERSON CAPITAL SYSTEMS LLC\*** <br> PO BOX 772813 <br> CHICAGO, IL 60677-2813 | Trustee Claim Number:49  INT %: 0.00% <br> Court Claim Number:49 <br> CLAIM: 711.46 <br> COMMENT: REF 3519359507\*SAMS/SYNCHRONY | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6556 |
| **JEFFERSON CAPITAL SYSTEMS LLC\*** <br> PO BOX 772813 <br> CHICAGO, IL 60677-2813 | Trustee Claim Number:50  INT %: 0.00% <br> Court Claim Number:37 <br> CLAIM: 817.96 <br> COMMENT: REF 3519365642\*SAMS/SYNCHRONY | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3949 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** <br> PO BOX 772813 <br> CHICAGO, IL 60677-2813 | Trustee Claim Number: 51  INT %: 0.00% <br> Court Claim Number: 36 <br> CLAIM: 1,075.54 <br> COMMENT: REF 3519388180*TJX*SYNCHRONY | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1595 |
| **CAPITAL ONE NA BY AMERICAN INFOSOURCE -** <br> PO BOX 71083 <br> CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 52  INT %: 0.00% <br> Court Claim Number: 10 <br> CLAIM: 1,636.37 <br> COMMENT: SYNCHRONY BANK/WALMART | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2859 |
| **CAPITAL ONE NA BY AMERICAN INFOSOURCE -** <br> PO BOX 71083 <br> CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 53  INT %: 0.00% <br> Court Claim Number: 9 <br> CLAIM: 2,141.33 <br> COMMENT: SYNCHRONY/WALMART | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9813 |
| **TD BANK USA NA**** <br> C/O WEINSTEIN & RILEY PS <br> PO BOX 3978 <br> SEATTLE, WA 98124 | Trustee Claim Number: 54  INT %: 0.00% <br> Court Claim Number: 46 <br> CLAIM: 2,150.85 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3899 |
| **TD BANK USA NA**** <br> C/O WEINSTEIN & RILEY PS <br> PO BOX 3978 <br> SEATTLE, WA 98124 | Trustee Claim Number: 55  INT %: 0.00% <br> Court Claim Number: 47 <br> CLAIM: 2,707.60 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4896 |
| **CITIBANK NA**** <br> 6716 GRADE LN BLDG 9 STE 910-PY DEPT <br> LOUISVILLE, KY 40213-3439 | Trustee Claim Number: 56  INT %: 0.00% <br> Court Claim Number: 41 <br> CLAIM: 520.62 <br> COMMENT: TRACTOR SUPPLY | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3029 |
| **TRIDENT ASSET MANAGEMENT** <br> PO BOX 888424 <br> ATLANTA, GA 30356 | Trustee Claim Number: 57  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: VERIZON/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8018 |
| **PRA/PORTFOLIO RECOVERY ASSOC** <br> POB 12914 <br> NORFOLK, VA 23541 | Trustee Claim Number: 58  INT %: 0.00% <br> Court Claim Number: 13 <br> CLAIM: 616.49 <br> COMMENT: CABELAS/CAPITAL ONE BANK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0166 |
| **PRA/PORTFOLIO RECOVERY ASSOC** <br> POB 12914 <br> NORFOLK, VA 23541 | Trustee Claim Number: 59  INT %: 0.00% <br> Court Claim Number: 11 <br> CLAIM: 1,024.28 <br> COMMENT: CABELAS/CAP ONE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9216 |
| **DISCOVER BANK(*)** <br> C/O DISCOVER PRODUCTS INC <br> PO BOX 3025 <br> NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 60  INT %: 0.00% <br> Court Claim Number: 3 <br> CLAIM: 9,773.42 <br> COMMENT: NUM NT/SCH*STALE*DK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9376 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **ALLY FINANCIAL(*)**<br>PAYMENT PROCESSING CENTER*<br>PO BOX 660618<br>DALLAS, TX 75266-0618 | Trustee Claim Number:61  INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 5,804.27<br>COMMENT: $/DOE*NO GEN UNS/SCH*W/3 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7705 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:62  INT %: 0.00%<br>Court Claim Number:17<br>CLAIM: 163.07<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0276 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:63  INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 695.52<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9179 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:64  INT %: 0.00%<br>Court Claim Number:19<br>CLAIM: 325.91<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9179 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number:65  INT %: 0.00%<br>Court Claim Number:20<br>CLAIM: 1,762.39<br>COMMENT: NT/SCH*INSUFF POD*OPEN 11/20/07*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **US BANK TRUST NA - TRUSTEE OF TREEHOUSE**<br>C/O SN SERVICING CORP<br>323 FIFTH ST<br>EUREKA, CA 95501 | Trustee Claim Number:66  INT %: 0.00%<br>Court Claim Number:31<br>CLAIM: 6,543.07<br>COMMENT: CL31GOV*$0ARRS/PL*THRU 10/19*FR BAYVIEW-D32*FR CMNTY LN SVC-D54*FR US | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6465 |
| **MCCABE WEISBERG & CONWAY LLC**<br>1420 WALNUT ST STE 1501<br>PHILADELPHIA, PA 19102 | Trustee Claim Number:67  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BAYVIEW LN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number:68  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ALLY FNCL/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |