**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>HOWARD L. PORTERFIELD, JR.<br>JANET S. PORTERFIELD | Case No. 19-11037JCM |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>KEYBANK NA** | Document No __ |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

> FUNDS RETURNED WITH A NOTATION "PF". IT IS UNCLEAR IF THIS IS TO INDICATE THAT THE DEBT IS PAID IN FULL. THE DEBT IS A LONG-TERM DEBT PER THE CONFIRMED PLAN.

| | |
|---|---|
| KEYBANK NA**<br>POB 94968<br>CLEVELAND, OH 44101 | Court claim# 48/Trustee CID# 5 |

The Movant further certifies that on 10/23/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |
| cc:  debtor(s)<br>    original creditor<br>    putative creditor<br>    counsel for debtor(s)<br>    counsel for the creditor(s) (if known) | |

| | |
|---|---|
| DEBTOR(S):<br>HOWARD L. PORTERFIELD, JR., JANET S. PORTERFIELD, 13 WILLIAMS DRIVE, WES MIDDLESEX, PA  16159 | DEBTOR'S COUNSEL:<br>REBEKA A SEELINGER ESQ, 4640 WOLF RD, ERIE, PA  16505 |
| ORIGINAL CREDITOR:<br>KEYBANK NA**, POB 94968, CLEVELAND, OH  44101 | :<br>KEYBANK NA**, ATTN NOTICES - BANKRUPTCY, 4910 TIEDEMAN RD, BROOKLYN, OH  44144 |
| NEW CREDITOR: | |