IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-11037 JCM |
|    Howard L. Porterfield   and | : | |
|    Janet S. Porterfield | : | |
|       Debtors | : | Chapter 13 |
| | : | |
| Howard L. Porterfield and | : | |
| Janet S. Porterfield | : | |
|       Movants | : | |
| | : | |
|     v. | : | |
| Ronda J Winnecour, Esquire, | : | |
| Chapter 13 Trustee | : | |
|       Respondent | : | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On November 8, 2019 at docket numbers 18 & 19, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing *Certifications of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificates of Completion* attached to the forms.

   This Certification is being signed under penalty of perjury by the Debtors' undersigned counsel who duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: October 30, 2024    By: /s/ Rebeka A. Seelinger
                                                        Rebeka A. Seelinger, Esquire
                                                        SEELINGER LAW
                                                        Attorney for Debtor
                                                        PA ID #93897
                                                        4640 Wolf Road
                                                        Erie, PA 16505
                                                        (814) 824-6670
                                                        rebeka@seelingerlaw.com

**PAWB Local Form 24 (07/13)**