Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Howard L. Porterfield Jr.** | : | Case No. 19−11037−JCM |
| **Janet S. Porterfield** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 75 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 1/21/25 at 02:00 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

   *AND NOW,* this ***The 26th of November, 2024***, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 75 , by the Chapter 13 Trustee

   It is hereby **ORDERED, ADJUDGED and DECREED** that:

   (1)   ***On or before January 10, 2025***, any ***Response***, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 ***OR*** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

   (2)   This *Motion* is scheduled for hearing on ***January 21, 2025 at 02:00 PM*** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

   (3)   If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be ***required*** to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11037-JCM |
| Howard L. Porterfield, Jr. | Chapter 13 |
| Janet S. Porterfield | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 6 |
| Date Rcvd: Nov 26, 2024 | Form ID: 300b | Total Noticed: 67 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Howard L. Porterfield, Jr., Janet S. Porterfield, 13 Williams Drive, West Middlesex, PA 16159-2543 |
| 15196681 | + | Bayview Loan Servicing, LLC, a Delaware Limited Li, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 27 2024 00:16:25 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 27 2024 00:33:10 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Nov 27 2024 00:17:00 | Bayview Loan Servicing, LLC, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 27 2024 01:10:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ^ | MEBN | Nov 27 2024 00:11:13 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Avenue - Suite 160, Garden City, NY 11530-1631 |
| 15139499 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 27 2024 00:16:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15166960 | | Email/Text: ally@ebn.phinsolutions.com | Nov 27 2024 00:16:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15139500 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 27 2024 00:18:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15139501 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 27 2024 00:17:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 15172005 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 27 2024 00:17:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 15139502 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 27 2024 00:15:34 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15155766 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 27 2024 00:16:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC |

Case 19-11037-JCM   Doc 78   Filed 11/28/24   Entered 11/29/24 00:36:12   Desc Imaged
                    Certificate of Notice        Page 3 of 7

| District/off: 0315-1 | User: auto | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Nov 26, 2024 | Form ID: 300b | Total Noticed: 67 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 28272-1083 |
| 15166066 | | Email/PDF: bncnotices@becket-lee.com | Nov 27 2024 00:45:23 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15139503 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 27 2024 01:10:44 | Capital One/Menards, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15139505 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 27 2024 00:33:08 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15172547 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 27 2024 00:33:08 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15139506 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 27 2024 00:16:02 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 15139507 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 27 2024 00:34:54 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15139508 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 27 2024 00:18:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15139509 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 27 2024 00:18:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15139510 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 27 2024 00:18:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15139511 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 27 2024 00:18:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15139513 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 27 2024 00:18:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15139512 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 27 2024 00:18:00 | Comenitycapital/Big Lot, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15298054 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 27 2024 00:17:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15139514 | + | Email/Text: bdsupport@creditmanagementcompany.com | Nov 27 2024 00:20:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15139517 | | Email/Text: mrdiscen@discover.com | Nov 27 2024 00:16:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15139516 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 27 2024 00:15:43 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15172776 | | Email/Text: bnc-quantum@quantum3group.com | Nov 27 2024 00:19:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15139515 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 27 2024 00:19:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15141922 | | Email/Text: mrdiscen@discover.com | Nov 27 2024 00:16:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15139518 | + | Email/Text: EBN@edfinancial.com | Nov 27 2024 00:17:00 | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 15171944 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 27 2024 00:19:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15139504 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 27 2024 00:15:34 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15152249 | + | Email/Text: RASEBN@raslg.com | Nov 27 2024 00:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca |

Case 19-11037-JCM    Doc 78    Filed 11/28/24    Entered 11/29/24 00:36:12    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0315-1 | User: auto | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Nov 26, 2024 | Form ID: 300b | Total Noticed: 67 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Raton, FL 33487-2853 |
| 15139519 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 27 2024 00:19:00 | KeyBank, 3198 Belmont Avenue, Youngstown, OH 44505-1887 |
| 15173728 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 27 2024 00:19:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn Ohio 44144-2338 |
| 15139520 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 27 2024 00:16:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15153563 | | Email/PDF: cbp@omf.com | Nov 27 2024 00:34:43 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 15139521 | + | Email/PDF: cbp@omf.com | Nov 27 2024 00:15:58 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15139818 | ^ | MEBN | Nov 27 2024 00:06:31 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15166000 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 27 2024 00:16:27 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15139522 | + | Email/Text: pennstarfcu@neohio.twcbc.com | Nov 27 2024 00:20:00 | Pennstar Fcu, 3735 E State St, Hermitage, PA 16148-3410 |
| 15171159 | | Email/Text: bnc-quantum@quantum3group.com | Nov 27 2024 00:19:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15171160 | | Email/Text: bnc-quantum@quantum3group.com | Nov 27 2024 00:19:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15670256 | | Email/Text: bknotices@snsc.com | Nov 27 2024 00:20:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 15139523 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:16:19 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15139524 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:33:08 | Synchrony Bank/ Money Sport, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15139525 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:15:19 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15139526 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:15:42 | Synchrony Bank/American Eagle, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15139527 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:35:07 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15139528 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:15:54 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15139529 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:33:24 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15139530 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:16:19 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15139531 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:34:08 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15173046 | + | Email/Text: bncmail@w-legal.com | Nov 27 2024 00:19:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15139533 | + | Email/Text: bncmail@w-legal.com | Nov 27 2024 00:18:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15139532 | + | Email/Text: bncmail@w-legal.com | Nov 27 2024 00:18:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15139534 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 27 2024 00:33:16 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 20507, Kansas City, MO |

| Recip ID | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|
| 15139535 | ^ MEBN | Nov 27 2024 00:06:52 | 64195-0507<br>Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 15495570 | ^ MEBN | Nov 27 2024 00:06:59 | U.S. Bank Trust National Association, 323 5th Street, Eureka, CA. 95501-0305 |
| 15171050 | Email/Text: BNCnotices@dcmservices.com | Nov 27 2024 00:18:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15171053 | Email/Text: BNCnotices@dcmservices.com | Nov 27 2024 00:18:00 | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15171119 | Email/PDF: ebn_ais@aisinfo.com | Nov 27 2024 00:33:07 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15139536 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 27 2024 00:16:27 | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

TOTAL: 65

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Bayview Loan Servicing, LLC, A Delaware Limited Li |
| cr |  | Community Loan Servicing, LLC |
| cr |  | Community Loan Servicing, LLC f/k/a Bayview Loan S |
| cr |  | U.S. Bank Trust National Association, as Trustee o |
| cr |  | U.S. Bank Trust National Association, as Trustee o |
| 15139537 | *+ | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15139538 | *+ | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15139539 | *+ | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 15139540 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15167825 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15139541 | *+ | Capital One/Menards, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15139543 | * | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15139544 | *+ | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 15139545 | *+ | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15139546 | *+ | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15139547 | *+ | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15139548 | *+ | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15139549 | *+ | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15139551 | *+ | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15139550 | *+ | Comenitycapital/Big Lot, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15139552 | *+ | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15139555 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15139554 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15139553 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15139556 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 15139542 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15139557 | *+ | KeyBank, 3198 Belmont Avenue, Youngstown, OH 44505-1887 |
| 15139558 | *+ | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15139559 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15139560 | *+ | Pennstar Fcu, 3735 E State St, Hermitage, PA 16148-3410 |
| 15139561 | *+ | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15139562 | *+ | Synchrony Bank/ Money Sport, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15139563 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15139564 | *+ | Synchrony Bank/American Eagle, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15139565 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15139566 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15139567 | *+ | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

Case 19-11037-JCM    Doc 78    Filed 11/28/24    Entered 11/29/24 00:36:12    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-1 | User: auto | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Nov 26, 2024 | Form ID: 300b | Total Noticed: 67 |

| | | |
|---|---|---|
| 15139568 | *+ | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15139569 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15139571 | *+ | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15139570 | *+ | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15139572 | *+ | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195-0507 |
| 15139573 | *+ | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 15139574 | *+ | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

TOTAL: 5 Undeliverable, 39 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2024                              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing LLC, A Delaware Limited Liability Company dcarlon@kmllawgroup.com |
| Lauren Moyer | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Treehouse Series V Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Treehouse Series V Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Igloo Series V Trust C/O SN Servicing Corporation bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Marisa Myers Cohen | on behalf of Creditor Bayview Loan Servicing LLC, A Delaware Limited Liability Company ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing, LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Joint Debtor Janet S. Porterfield rebeka@seelingerlaw.com |
| Rebeka Seelinger | on behalf of Debtor Howard L. Porterfield Jr. rebeka@seelingerlaw.com |
| Rebeka Seelinger | on behalf of Plaintiff Janet S. Porterfield rebeka@seelingerlaw.com |
| Rebeka Seelinger | on behalf of Plaintiff Howard L. Porterfield Jr. rebeka@seelingerlaw.com |
| Richard J. Bedford | on behalf of Plaintiff Howard L. Porterfield Jr. richard@seelingerlaw.com, rjb8181@gmail.com |

| District/off: 0315-1 | User: auto | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Nov 26, 2024 | Form ID: 300b | Total Noticed: 67 |

Richard J. Bedford
        on behalf of Debtor Howard L. Porterfield  Jr. richard@seelingerlaw.com, rjb8181@gmail.com

Richard J. Bedford
        on behalf of Plaintiff Janet S. Porterfield richard@seelingerlaw.com  rjb8181@gmail.com

Richard J. Bedford
        on behalf of Joint Debtor Janet S. Porterfield richard@seelingerlaw.com  rjb8181@gmail.com

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

TOTAL: 16