**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> HOWARD L. PORTERFIELD, JR. <br> JANET S. PORTERFIELD <br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br> Movant <br> vs. <br> No Respondents. | Case No.:19-11037 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.


November 25, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/14/2019 and confirmed on 11/21/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 123,200.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 123,200.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,500.00 | |
|     Trustee Fee | 6,195.83 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,695.83 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK TRUST NA - TRUSTEE OF TREE | 0.00 | 76,189.65 | 0.00 | 76,189.65 |
|     Acct: 6465 | | | | |
|   US BANK TRUST NA - TRUSTEE OF TREE | 6,543.07 | 6,543.07 | 0.00 | 6,543.07 |
|     Acct: 6465 | | | | |
|   ALLY FINANCIAL(*) | 4,377.00 | 4,377.00 | 537.19 | 4,914.19 |
|     Acct: 7705 | | | | |
|   KEYBANK NA** | 0.00 | 24,480.64 | 0.00 | 24,480.64 |
|     Acct: 6502 | | | | |
| | | | | 112,127.55 |
| **Priority** | | | | |
|   REBEKA A SEELINGER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HOWARD L. PORTERFIELD, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SEELINGER LAW CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REBEKA A SEELINGER ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 2,488.23 | 37.25 | 0.00 | 37.25 |
|     Acct: 6134 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,009.62 | 15.11 | 0.00 | 15.11 |
|     Acct: 4847 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 3,489.09 | 52.23 | 0.00 | 52.23 |
|     Acct: 4809 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,052.97 | 15.76 | 0.00 | 15.76 |
|     Acct: 9213 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 972.36 | 14.56 | 0.00 | 14.56 |
|     Acct: 3236 | | | | |
|   JPMORGAN CHASE BANK NA S/B/M/T CH, | 4,136.68 | 61.93 | 0.00 | 61.93 |
|     Acct: 2322 | | | | |
|   CITIBANK NA** | 1,267.97 | 18.98 | 0.00 | 18.98 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 1355 | | | | |
| | CITIBANK NA** | 836.37 | 12.52 | 0.00 | 12.52 |
| | Acct: 9019 | | | | |
| | CITIBANK NA** | 898.36 | 13.45 | 0.00 | 13.45 |
| | Acct: 3248 | | | | |
| | CITIBANK NA** | 698.34 | 10.45 | 0.00 | 10.45 |
| | Acct: 9973 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 111.88 | 1.67 | 0.00 | 1.67 |
| | Acct: 6220 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 689.28 | 10.32 | 0.00 | 10.32 |
| | Acct: 7258 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 643.87 | 9.64 | 0.00 | 9.64 |
| | Acct: 2748 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 287.08 | 4.30 | 0.00 | 4.30 |
| | Acct: 9269 | | | | |
| | QUANTUM3 GROUP LLC - AGENT COMEN | 2,270.65 | 33.99 | 0.00 | 33.99 |
| | Acct: 2409 | | | | |
| | QUANTUM3 GROUP LLC - AGENT COMEN | 178.65 | 2.67 | 0.00 | 2.67 |
| | Acct: 8430 | | | | |
| | CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8207 | | | | |
| | US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7347 | | | | |
| | US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2847 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 697.78 | 10.45 | 0.00 | 10.45 |
| | Acct: 9696 | | | | |
| | DISCOVER BANK(*) | 501.68 | 7.51 | 0.00 | 7.51 |
| | Acct: 3355 | | | | |
| | DISCOVER BANK(*) | 736.56 | 11.03 | 0.00 | 11.03 |
| | Acct: 0657 | | | | |
| | EDFINANCIAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6899 | | | | |
| | EDFINANCIAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1899 | | | | |
| | EDFINANCIAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9599 | | | | |
| | EDFINANCIAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4699 | | | | |
| | EDFINANCIAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5899 | | | | |
| | EDFINANCIAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1299 | | | | |
| | EDFINANCIAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2499 | | | | |
| | EDFINANCIAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9899 | | | | |
| | CAPITAL ONE NA** | 2,409.65 | 36.07 | 0.00 | 36.07 |
| | Acct: 5021 | | | | |
| | CAPITAL ONE NA** | 419.85 | 6.29 | 0.00 | 6.29 |
| | Acct: 9611 | | | | |
| | ONE MAIN FINANCIAL GROUP LLC A/S/F C | 14,240.80 | 213.18 | 0.00 | 213.18 |
| | Acct: 2013 | | | | |
| | PENNSTAR FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0202 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 3,564.83 | 53.37 | 0.00 | 53.37 |
| | Acct: 7787 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 843.96 | 12.63 | 0.00 | 12.63 |
| | Acct: 4661 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 1,029.48 | 15.41 | 0.00 | 15.41 |

Case 19-11037-JCM    Doc 79    Filed 11/28/24    Entered 11/29/24 00:36:12    Desc Imaged
Certificate of Notice    Page 4 of 12

19-11037                                                                                                          Page 3 of 4

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 7465 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 4,146.71 | 62.08 | 0.00 | 62.08 |
| | Acct: 6200 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 3,042.40 | 45.54 | 0.00 | 45.54 |
| | Acct: 4864 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 478.89 | 7.17 | 0.00 | 7.17 |
| | Acct: 1207 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 2,588.17 | 38.74 | 0.00 | 38.74 |
| | Acct: 3604 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 1,902.94 | 28.49 | 0.00 | 28.49 |
| | Acct: 9404 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 867.80 | 12.99 | 0.00 | 12.99 |
| | Acct: 1592 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 711.46 | 10.65 | 0.00 | 10.65 |
| | Acct: 6556 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 817.96 | 12.24 | 0.00 | 12.24 |
| | Acct: 3949 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 1,075.54 | 16.10 | 0.00 | 16.10 |
| | Acct: 1595 | | | | |
| | CAPITAL ONE NA BY AMERICAN INFOSOU | 1,636.37 | 24.50 | 0.00 | 24.50 |
| | Acct: 2859 | | | | |
| | CAPITAL ONE NA BY AMERICAN INFOSOU | 2,141.33 | 32.06 | 0.00 | 32.06 |
| | Acct: 9813 | | | | |
| | TD BANK USA NA** | 2,150.85 | 32.20 | 0.00 | 32.20 |
| | Acct: 3899 | | | | |
| | TD BANK USA NA** | 2,707.60 | 40.53 | 0.00 | 40.53 |
| | Acct: 4896 | | | | |
| | CITIBANK NA** | 520.62 | 7.79 | 0.00 | 7.79 |
| | Acct: 3029 | | | | |
| | TRIDENT ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8018 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 616.49 | 9.23 | 0.00 | 9.23 |
| | Acct: 0166 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 1,024.28 | 15.33 | 0.00 | 15.33 |
| | Acct: 9216 | | | | |
| | DISCOVER BANK(*) | 11,303.44 | 169.21 | 0.00 | 169.21 |
| | Acct: 9376 | | | | |
| | ALLY FINANCIAL(*) | 5,804.27 | 86.89 | 0.00 | 86.89 |
| | Acct: 7705 | | | | |
| | UPMC HEALTH SERVICES | 163.07 | 2.44 | 0.00 | 2.44 |
| | Acct: 0276 | | | | |
| | UPMC PHYSICIAN SERVICES | 695.52 | 10.41 | 0.00 | 10.41 |
| | Acct: 9179 | | | | |
| | UPMC HEALTH SERVICES | 325.91 | 4.88 | 0.00 | 4.88 |
| | Acct: 9179 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 1,762.39 | 26.38 | 0.00 | 26.38 |
| | Acct: 0001 | | | | |
| | ORION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ALDRIDGE PITE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 1,376.62 |

TOTAL PAID TO CREDITORS                                                                                                      113,504.17

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 10,920.07 |
| UNSECURED | 91,960.00 |

Date: 11/25/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   HOWARD L. PORTERFIELD, JR.
   JANET S. PORTERFIELD
       Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:19-11037

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11037-JCM |
| Howard L. Porterfield, Jr. | Chapter 13 |
| Janet S. Porterfield | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 6 |
| Date Rcvd: Nov 26, 2024 | Form ID: pdf900 | Total Noticed: 67 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Howard L. Porterfield, Jr., Janet S. Porterfield, 13 Williams Drive, West Middlesex, PA 16159-2543 |
| 15196681 | + | Bayview Loan Servicing, LLC, a Delaware Limited Li, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 27 2024 00:16:31 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 27 2024 00:16:27 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Nov 27 2024 00:17:00 | Bayview Loan Servicing, LLC, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 27 2024 00:15:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ^ | MEBN | Nov 27 2024 00:11:12 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Avenue - Suite 160, Garden City, NY 11530-1631 |
| 15139499 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 27 2024 00:16:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15166960 | | Email/Text: ally@ebn.phinsolutions.com | Nov 27 2024 00:16:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15139500 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 27 2024 00:18:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15139501 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 27 2024 00:17:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 15172005 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 27 2024 00:17:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 15139502 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 27 2024 00:33:40 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15155766 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 27 2024 00:33:16 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC |

| | | | | |
|---|---|---|---|---|
| | | | | 28272-1083 |
| 15166066 | | Email/PDF: bncnotices@becket-lee.com | Nov 27 2024 00:33:10 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15139503 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 27 2024 00:15:34 | Capital One/Menards, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15139505 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 27 2024 00:34:28 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15172547 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 27 2024 00:16:06 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15139506 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 27 2024 00:16:04 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 15139507 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 27 2024 00:34:39 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15139508 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 27 2024 00:18:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15139509 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 27 2024 00:18:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15139510 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 27 2024 00:18:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15139511 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 27 2024 00:18:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15139513 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 27 2024 00:18:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15139512 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 27 2024 00:18:00 | Comenitycapital/Big Lot, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15298054 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 27 2024 00:17:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15139514 | + | Email/Text: bdsupport@creditmanagementcompany.com | Nov 27 2024 00:20:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15139517 | | Email/Text: mrdiscen@discover.com | Nov 27 2024 00:16:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15139516 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 27 2024 00:45:30 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15172776 | | Email/Text: bnc-quantum@quantum3group.com | Nov 27 2024 00:19:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15139515 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 27 2024 00:19:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15141922 | | Email/Text: mrdiscen@discover.com | Nov 27 2024 00:16:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15139518 | + | Email/Text: EBN@edfinancial.com | Nov 27 2024 00:17:00 | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 15171944 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 27 2024 00:19:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15139504 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 27 2024 00:33:20 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15152249 | + | Email/Text: RASEBN@raslg.com | Nov 27 2024 00:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca |

| | | | | |
|---|---|---|---|---|
| | | | | Raton, FL 33487-2853 |
| 15139519 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 27 2024 00:19:00 | KeyBank, 3198 Belmont Avenue, Youngstown, OH 44505-1887 |
| 15173728 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 27 2024 00:19:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn Ohio 44144-2338 |
| 15139520 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 27 2024 00:17:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15153563 | | Email/PDF: cbp@omf.com | Nov 27 2024 00:45:24 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 15139521 | + | Email/PDF: cbp@omf.com | Nov 27 2024 00:16:19 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15139818 | ^ | MEBN | Nov 27 2024 00:06:33 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15166000 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 27 2024 00:34:29 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15139522 | + | Email/Text: pennstarfcu@neohio.twcbc.com | Nov 27 2024 00:20:00 | Pennstar Fcu, 3735 E State St, Hermitage, PA 16148-3410 |
| 15171159 | | Email/Text: bnc-quantum@quantum3group.com | Nov 27 2024 00:19:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15171160 | | Email/Text: bnc-quantum@quantum3group.com | Nov 27 2024 00:19:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15670256 | | Email/Text: bknotices@snsc.com | Nov 27 2024 00:20:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 15139523 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 01:10:41 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15139524 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:33:14 | Synchrony Bank/ Money Sport, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15139525 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:34:28 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15139526 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:34:10 | Synchrony Bank/American Eagle, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15139527 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:33:22 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15139528 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:15:38 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15139529 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:16:19 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15139530 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:34:10 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15139531 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:15:54 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15173046 | + | Email/Text: bncmail@w-legal.com | Nov 27 2024 00:19:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15139533 | + | Email/Text: bncmail@w-legal.com | Nov 27 2024 00:18:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15139532 | + | Email/Text: bncmail@w-legal.com | Nov 27 2024 00:18:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15139534 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 27 2024 00:16:02 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 20507, Kansas City, MO |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15139535 | | ^ MEBN | Nov 27 2024 00:06:54 | 64195-0507<br>Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 15495570 | | ^ MEBN | Nov 27 2024 00:07:02 | U.S. Bank Trust National Association, 323 5th Street, Eureka, CA. 95501-0305 |
| 15171050 | | Email/Text: BNCnotices@dcmservices.com | Nov 27 2024 00:18:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15171053 | | Email/Text: BNCnotices@dcmservices.com | Nov 27 2024 00:18:00 | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15171119 | | Email/PDF: ebn_ais@aisinfo.com | Nov 27 2024 00:33:18 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15139536 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 27 2024 00:16:23 | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

TOTAL: 65

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, A Delaware Limited Li |
| cr | | Community Loan Servicing, LLC |
| cr | | Community Loan Servicing, LLC f/k/a Bayview Loan S |
| cr | | U.S. Bank Trust National Association, as Trustee o |
| cr | | U.S. Bank Trust National Association, as Trustee o |
| 15139537 | *+ | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15139538 | *+ | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15139539 | *+ | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 15139540 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15167825 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15139541 | *+ | Capital One/Menards, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15139543 | * | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15139544 | *+ | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 15139545 | *+ | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15139546 | *+ | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15139547 | *+ | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15139548 | *+ | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15139549 | *+ | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15139551 | *+ | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15139550 | *+ | Comenitycapital/Big Lot, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15139552 | *+ | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15139555 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15139554 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15139553 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15139556 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 15139542 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15139557 | *+ | KeyBank, 3198 Belmont Avenue, Youngstown, OH 44505-1887 |
| 15139558 | *+ | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15139559 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15139560 | *+ | Pennstar Fcu, 3735 E State St, Hermitage, PA 16148-3410 |
| 15139561 | *+ | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15139562 | *+ | Synchrony Bank/ Money Sport, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15139563 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15139564 | *+ | Synchrony Bank/American Eagle, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15139565 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15139566 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15139567 | *+ | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| | | |
|---|---|---|
| 15139568 | *+ | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15139569 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15139571 | *+ | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15139570 | *+ | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15139572 | *+ | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195-0507 |
| 15139573 | *+ | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 15139574 | *+ | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

TOTAL: 5 Undeliverable, 39 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing LLC, A Delaware Limited Liability Company dcarlon@kmllawgroup.com |
| Lauren Moyer | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Treehouse Series V Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Treehouse Series V Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Igloo Series V Trust C/O SN Servicing Corporation bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Marisa Myers Cohen | on behalf of Creditor Bayview Loan Servicing LLC, A Delaware Limited Liability Company ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing, LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Joint Debtor Janet S. Porterfield rebeka@seelingerlaw.com |
| Rebeka Seelinger | on behalf of Debtor Howard L. Porterfield Jr. rebeka@seelingerlaw.com |
| Rebeka Seelinger | on behalf of Plaintiff Janet S. Porterfield rebeka@seelingerlaw.com |
| Rebeka Seelinger | on behalf of Plaintiff Howard L. Porterfield Jr. rebeka@seelingerlaw.com |
| Richard J. Bedford | on behalf of Plaintiff Howard L. Porterfield Jr. richard@seelingerlaw.com, rjb8181@gmail.com |

District/off: 0315-1 | User: auto | Page 6 of 6
Date Rcvd: Nov 26, 2024 | Form ID: pdf900 | Total Noticed: 67

Richard J. Bedford
       on behalf of Debtor Howard L. Porterfield  Jr. richard@seelingerlaw.com, rjb8181@gmail.com

Richard J. Bedford
       on behalf of Plaintiff Janet S. Porterfield richard@seelingerlaw.com  rjb8181@gmail.com

Richard J. Bedford
       on behalf of Joint Debtor Janet S. Porterfield richard@seelingerlaw.com  rjb8181@gmail.com

Ronda J. Winnecour
       cmecf@chapter13trusteewdpa.com

TOTAL: 16