| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Howard L. Porterfield Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9179<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Janet S. Porterfield<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0276<br>EIN   __–_____ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   19–11037–JCM | | |

## Order of Discharge                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Howard L. Porterfield Jr.                             Janet S. Porterfield

<u>1/13/25</u>                                                      **By the court:** <u>John C Melaragno</u>
                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Howard L. Porterfield, Jr.  
Janet S. Porterfield  
    Debtors

Case No. 19-11037-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 6  
Date Rcvd: Jan 13, 2025      Form ID: 3180W      Total Noticed: 69

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Howard L. Porterfield, Jr., Janet S. Porterfield, 13 Williams Drive, West Middlesex, PA 16159-2543 |
| 15196681 | + | Bayview Loan Servicing, LLC, a Delaware Limited Li, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jan 14 2025 04:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2025 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jan 14 2025 04:57:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2025 00:11:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Jan 14 2025 04:57:00 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jan 14 2025 04:57:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Jan 14 2025 00:10:00 | Bayview Loan Servicing, LLC, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | EDI: PRA.COM | Jan 14 2025 04:57:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ^ | MEBN | Jan 14 2025 00:09:08 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Avenue - Suite 160, Garden City, NY 11530-1631 |
| 15139499 | + | EDI: GMACFS.COM | Jan 14 2025 04:57:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15166960 | | EDI: GMACFS.COM | Jan 14 2025 04:57:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |

Case 19-11037-JCM    Doc 83    Filed 01/15/25    Entered 01/16/25 00:41:24    Desc Imaged
                                    Certificate of Notice    Page 4 of 8

| District/off: 0315-1 | User: auto | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Jan 13, 2025 | Form ID: 3180W | Total Noticed: 69 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 15139500 | + | EDI: TSYS2 | Jan 14 2025 04:57:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15139501 | + | EDI: LCIBAYLN | Jan 14 2025 04:57:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 15172005 | + | EDI: LCIBAYLN | Jan 14 2025 04:57:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 15139502 | + | EDI: CAPITALONE.COM | Jan 14 2025 04:57:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15155766 | | EDI: CAPITALONE.COM | Jan 14 2025 04:57:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15166066 | | Email/PDF: bncnotices@becket-lee.com | Jan 14 2025 00:32:49 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15139503 | + | EDI: CAPITALONE.COM | Jan 14 2025 04:57:00 | Capital One/Menards, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15139505 | | EDI: CITICORP | Jan 14 2025 04:57:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15172547 | | EDI: CITICORP | Jan 14 2025 04:57:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15139506 | + | EDI: CITICORP | Jan 14 2025 04:57:00 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 15139507 | + | EDI: CITICORP | Jan 14 2025 04:57:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15139508 | + | EDI: WFNNB.COM | Jan 14 2025 04:57:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15139509 | + | EDI: WFNNB.COM | Jan 14 2025 04:57:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15139510 | + | EDI: WFNNB.COM | Jan 14 2025 04:57:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15139511 | + | EDI: WFNNB.COM | Jan 14 2025 04:57:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15139513 | + | EDI: WFNNB.COM | Jan 14 2025 04:57:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15139512 | + | EDI: WFNNB.COM | Jan 14 2025 04:57:00 | Comenitycapital/Big Lot, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15298054 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 14 2025 00:10:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15139514 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 14 2025 00:11:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15139517 | | EDI: DISCOVER | Jan 14 2025 04:57:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15139516 | | EDI: CITICORP | Jan 14 2025 04:57:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15172776 | | EDI: Q3G.COM | Jan 14 2025 04:57:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15139515 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 14 2025 00:11:00 | Department of Education/Nelnet, Attn: Claims, Po |

Case 19-11037-JCM    Doc 83    Filed 01/15/25    Entered 01/16/25 00:41:24    Desc Imaged
Certificate of Notice    Page 5 of 8

| District/off: 0315-1 | User: auto | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Jan 13, 2025 | Form ID: 3180W | Total Noticed: 69 |

| | | | | |
|---|---|---|---|---|
| | | | | Box 82505, Lincoln, NE 68501-2505 |
| 15141922 | | EDI: DISCOVER | Jan 14 2025 04:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15139518 | + | Email/Text: EBN@edfinancial.com | Jan 14 2025 00:10:00 | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 15171944 | | EDI: JEFFERSONCAP.COM | Jan 14 2025 04:57:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15139504 | | EDI: JPMORGANCHASE | Jan 14 2025 04:57:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15152249 | + | Email/Text: RASEBN@raslg.com | Jan 14 2025 00:09:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15139519 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 14 2025 00:11:00 | KeyBank, 3198 Belmont Avenue, Youngstown, OH 44505-1887 |
| 15173728 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 14 2025 00:11:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn Ohio 44144-2338 |
| 15139520 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 14 2025 00:09:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15153563 | | EDI: AGFINANCE.COM | Jan 14 2025 04:57:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 15139521 | + | EDI: AGFINANCE.COM | Jan 14 2025 04:57:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15139818 | ^ | MEBN | Jan 14 2025 00:07:31 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15166000 | | EDI: PRA.COM | Jan 14 2025 04:57:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15139522 | + | Email/Text: pennstarfcu@neohio.twcbc.com | Jan 14 2025 00:11:00 | Pennstar Fcu, 3735 E State St, Hermitage, PA 16148-3410 |
| 15171159 | | EDI: Q3G.COM | Jan 14 2025 04:57:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15171160 | | EDI: Q3G.COM | Jan 14 2025 04:57:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15670256 | | Email/Text: bknotices@snsc.com | Jan 14 2025 00:12:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 15139523 | + | EDI: SYNC | Jan 14 2025 04:57:00 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15139524 | + | EDI: SYNC | Jan 14 2025 04:57:00 | Synchrony Bank/ Money Sport, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15139525 | + | EDI: SYNC | Jan 14 2025 04:57:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15139526 | + | EDI: SYNC | Jan 14 2025 04:57:00 | Synchrony Bank/American Eagle, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15139527 | + | EDI: SYNC | Jan 14 2025 04:57:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15139528 | + | EDI: SYNC | Jan 14 2025 04:57:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15139529 | + | EDI: SYNC | Jan 14 2025 04:57:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15139530 | + | EDI: SYNC | | |

Case 19-11037-JCM    Doc 83    Filed 01/15/25    Entered 01/16/25 00:41:24    Desc Imaged
                           Certificate of Notice    Page 6 of 8
District/off: 0315-1                              User: auto                                    Page 4 of 6
Date Rcvd: Jan 13, 2025                           Form ID: 3180W                                Total Noticed: 69

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 15139531 | + | EDI: SYNC | Jan 14 2025 04:57:00 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15173046 | + | Email/Text: bncmail@w-legal.com | Jan 14 2025 04:57:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| | | | Jan 14 2025 00:11:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15139533 | + | EDI: WTRRNBANK.COM | Jan 14 2025 04:57:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15139532 | + | EDI: WTRRNBANK.COM | Jan 14 2025 04:57:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15139534 | + | EDI: CITICORP | Jan 14 2025 04:57:00 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195-0507 |
| 15139535 | ^ | MEBN | Jan 14 2025 00:08:11 | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 15495570 | ^ | MEBN | Jan 14 2025 00:07:29 | U.S. Bank Trust National Association, 323 5th Street, Eureka, CA. 95501-0305 |
| 15171050 | | Email/Text: BNCnotices@dcmservices.com | Jan 14 2025 00:10:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15171053 | | Email/Text: BNCnotices@dcmservices.com | Jan 14 2025 00:10:00 | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15171119 | | EDI: AIS.COM | Jan 14 2025 04:58:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15139536 | + | EDI: CAPITALONE.COM | Jan 14 2025 04:57:00 | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

TOTAL: 69

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, A Delaware Limited Li |
| cr | | Community Loan Servicing, LLC |
| cr | | Community Loan Servicing, LLC f/k/a Bayview Loan S |
| cr | | U.S. Bank Trust National Association, as Trustee o |
| cr | | U.S. Bank Trust National Association, as Trustee o |
| 15139537 | *+ | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15139538 | *+ | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15139539 | *+ | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 15139540 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15167825 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15139541 | *+ | Capital One/Menards, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15139543 | * | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15139544 | *+ | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 15139545 | *+ | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15139546 | *+ | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15139547 | *+ | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15139548 | *+ | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15139549 | *+ | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15139551 | *+ | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15139550 | *+ | Comenitycapital/Big Lot, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15139552 | *+ | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15139555 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15139554 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |

| District/off: 0315-1 | User: auto | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Jan 13, 2025 | Form ID: 3180W | Total Noticed: 69 |

| | | |
|---|---|---|
| 15139553 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15139556 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 15139542 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15139557 | *+ | KeyBank, 3198 Belmont Avenue, Youngstown, OH 44505-1887 |
| 15139558 | *+ | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15139559 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15139560 | *+ | Pennstar Fcu, 3735 E State St, Hermitage, PA 16148-3410 |
| 15139561 | *+ | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15139562 | *+ | Synchrony Bank/ Money Sport, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15139563 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15139564 | *+ | Synchrony Bank/American Eagle, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15139565 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15139566 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15139567 | *+ | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15139568 | *+ | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15139569 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15139571 | *+ | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15139570 | *+ | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15139572 | *+ | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195-0507 |
| 15139573 | *+ | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 15139574 | *+ | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

TOTAL: 5 Undeliverable, 39 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2025         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing  LLC, A Delaware Limited Liability Company dcarlon@kmllawgroup.com |
| Lauren Moyer | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of Treehouse Series V Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of Treehouse Series V Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of Igloo Series V Trust C/O SN Servicing Corporation bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Marisa Myers Cohen | on behalf of Creditor Bayview Loan Servicing  LLC, A Delaware Limited Liability Company ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |

| District/off: 0315-1 | User: auto | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Jan 13, 2025 | Form ID: 3180W | Total Noticed: 69 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger
    on behalf of Joint Debtor Janet S. Porterfield rebeka@seelingerlaw.com

Rebeka Seelinger
    on behalf of Debtor Howard L. Porterfield Jr. rebeka@seelingerlaw.com

Rebeka Seelinger
    on behalf of Plaintiff Janet S. Porterfield rebeka@seelingerlaw.com

Rebeka Seelinger
    on behalf of Plaintiff Howard L. Porterfield Jr. rebeka@seelingerlaw.com

Richard J. Bedford
    on behalf of Plaintiff Howard L. Porterfield Jr. richard@seelingerlaw.com, rjb8181@gmail.com

Richard J. Bedford
    on behalf of Debtor Howard L. Porterfield Jr. richard@seelingerlaw.com, rjb8181@gmail.com

Richard J. Bedford
    on behalf of Plaintiff Janet S. Porterfield richard@seelingerlaw.com rjb8181@gmail.com

Richard J. Bedford
    on behalf of Joint Debtor Janet S. Porterfield richard@seelingerlaw.com rjb8181@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 16