**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　HOWARD L. PORTERFIELD, JR.<br>　JANET S. PORTERFIELD<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　Movant<br>　　vs.<br>No Repondents. | Case No.:19-11037<br><br>Chapter 13<br><br>Document No.: 75 |

### ORDER OF COURT

AND NOW, this ___13th___ day of ___January___, 20_25_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
John C. Melaragno, Judge  jlm
United States Bankruptcy Court

SIGNED
1/13/25 1:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-11037-JCM
Howard L. Porterfield, Jr.  Chapter 13
Janet S. Porterfield
  Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1        User: auto        Page 1 of 6
Date Rcvd: Jan 13, 2025     Form ID: pdf900   Total Noticed: 67

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.
++              Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).
^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Howard L. Porterfield, Jr., Janet S. Porterfield, 13 Williams Drive, West Middlesex, PA 16159-2543 |
| 15196681 | + | Bayview Loan Servicing, LLC, a Delaware Limited Li, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 14 2025 00:32:49 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 14 2025 00:32:46 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Jan 14 2025 00:10:00 | Bayview Loan Servicing, LLC, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2025 00:21:05 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | ^ | MEBN | Jan 14 2025 00:09:09 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Avenue - Suite 160, Garden City, NY 11530-1631 |
| 15139499 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 14 2025 00:09:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15166960 | | Email/Text: ally@ebn.phinsolutions.com | Jan 14 2025 00:09:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15139500 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 14 2025 00:10:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15139501 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jan 14 2025 00:09:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 15172005 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jan 14 2025 00:09:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 15139502 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 14 2025 00:43:13 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15155766 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 14 2025 00:22:07 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC |

Case 19-11037-JCM    Doc 84    Filed 01/15/25    Entered 01/16/25 00:41:24    Desc Imaged
Certificate of Notice    Page 3 of 7

| District/off: 0315-1 | User: auto | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Jan 13, 2025 | Form ID: pdf900 | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| | | | | 28272-1083 |
| 15166066 | | Email/PDF: bncnotices@becket-lee.com | Jan 14 2025 00:32:47 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15139503 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 14 2025 00:21:03 | Capital One/Menards, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15139505 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2025 00:22:15 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15172547 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2025 00:32:47 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15139506 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2025 00:57:38 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 15139507 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2025 00:57:38 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15139508 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 14 2025 00:10:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15139509 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 14 2025 00:10:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15139510 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 14 2025 00:10:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15139511 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 14 2025 00:10:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15139513 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 14 2025 00:10:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15139512 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 14 2025 00:10:00 | Comenitycapital/Big Lot, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15298054 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 14 2025 00:10:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15139514 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 14 2025 00:11:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15139517 | | Email/Text: mrdiscen@discover.com | Jan 14 2025 00:09:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15139516 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2025 00:20:50 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15172776 | | Email/Text: bnc-quantum@quantum3group.com | Jan 14 2025 00:11:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15139515 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 14 2025 00:11:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15141922 | | Email/Text: mrdiscen@discover.com | Jan 14 2025 00:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15139518 | + | Email/Text: EBN@edfinancial.com | Jan 14 2025 00:10:00 | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 15171944 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 14 2025 00:11:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15139504 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 14 2025 00:32:47 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15152249 | + | Email/Text: RASEBN@raslg.com | Jan 14 2025 00:09:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca |

| | | | | |
|---|---|---|---|---|
| | | | | Raton, FL 33487-2853 |
| 15139519 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 14 2025 00:11:00 | KeyBank, 3198 Belmont Avenue, Youngstown, OH 44505-1887 |
| 15173728 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 14 2025 00:11:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn Ohio 44144-2338 |
| 15139520 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 14 2025 00:09:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15153563 | | Email/PDF: cbp@omf.com | Jan 14 2025 00:21:03 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 15139521 | + | Email/PDF: cbp@omf.com | Jan 14 2025 00:32:47 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15139818 | ^ | MEBN | Jan 14 2025 00:07:32 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15166000 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2025 00:32:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15139522 | + | Email/Text: pennstarfcu@neohio.twcbc.com | Jan 14 2025 00:11:00 | Pennstar Fcu, 3735 E State St, Hermitage, PA 16148-3410 |
| 15171159 | | Email/Text: bnc-quantum@quantum3group.com | Jan 14 2025 00:11:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15171160 | | Email/Text: bnc-quantum@quantum3group.com | Jan 14 2025 00:11:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15670256 | | Email/Text: bknotices@snsc.com | Jan 14 2025 00:12:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 15139523 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 14 2025 00:21:06 | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15139524 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 14 2025 00:21:03 | Synchrony Bank/ Money Sport, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15139525 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 14 2025 00:21:48 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15139526 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 14 2025 00:20:34 | Synchrony Bank/American Eagle, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15139527 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 14 2025 00:21:53 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15139528 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 14 2025 00:21:03 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15139529 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 14 2025 00:32:46 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15139530 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 14 2025 00:21:59 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15139531 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 14 2025 00:57:43 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15173046 | + | Email/Text: bncmail@w-legal.com | Jan 14 2025 00:11:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15139533 | + | Email/Text: bncmail@w-legal.com | Jan 14 2025 00:10:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15139532 | + | Email/Text: bncmail@w-legal.com | Jan 14 2025 00:10:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15139534 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2025 00:21:05 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 20507, Kansas City, MO |

Case 19-11037-JCM   Doc 84   Filed 01/15/25   Entered 01/16/25 00:41:24   Desc Imaged
Certificate of Notice   Page 5 of 7

| District/off: 0315-1 | User: auto | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Jan 13, 2025 | Form ID: pdf900 | Total Noticed: 67 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15139535 | ^ | MEBN | Jan 14 2025 00:08:11 | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 15495570 | ^ | MEBN | Jan 14 2025 00:07:30 | U.S. Bank Trust National Association, 323 5th Street, Eureka, CA. 95501-0305 |
| 15171050 | | Email/Text: BNCnotices@dcmservices.com | Jan 14 2025 00:10:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15171053 | | Email/Text: BNCnotices@dcmservices.com | Jan 14 2025 00:10:00 | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15171119 | | Email/PDF: ebn_ais@aisinfo.com | Jan 14 2025 00:32:46 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15139536 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 14 2025 00:43:10 | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

TOTAL: 65

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, A Delaware Limited Li |
| cr | | Community Loan Servicing, LLC |
| cr | | Community Loan Servicing, LLC f/k/a Bayview Loan S |
| cr | | U.S. Bank Trust National Association, as Trustee o |
| cr | | U.S. Bank Trust National Association, as Trustee o |
| 15139537 | *+ | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15139538 | *+ | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15139539 | *+ | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 15139540 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15167825 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15139541 | *+ | Capital One/Menards, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15139543 | * | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 15139544 | *+ | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 15139545 | *+ | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15139546 | *+ | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15139547 | *+ | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15139548 | *+ | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15139549 | *+ | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15139551 | *+ | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15139550 | *+ | Comenitycapital/Big Lot, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15139552 | *+ | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15139555 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15139554 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15139553 | *+ | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 15139556 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 15139542 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15139557 | *+ | KeyBank, 3198 Belmont Avenue, Youngstown, OH 44505-1887 |
| 15139558 | *+ | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15139559 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15139560 | *+ | Pennstar Fcu, 3735 E State St, Hermitage, PA 16148-3410 |
| 15139561 | *+ | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15139562 | *+ | Synchrony Bank/ Money Sport, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15139563 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15139564 | *+ | Synchrony Bank/American Eagle, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15139565 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15139566 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15139567 | *+ | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| District/off: 0315-1 | User: auto | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Jan 13, 2025 | Form ID: pdf900 | Total Noticed: 67 |

| | | |
|---|---|---|
| 15139568 | *+ | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 15139569 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15139571 | *+ | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15139570 | *+ | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 15139572 | *+ | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195-0507 |
| 15139573 | *+ | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 15139574 | *+ | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

TOTAL: 5 Undeliverable, 39 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2025 at the address(es) listed below:**

**Name**    **Email Address**

Denise Carlon
  on behalf of Creditor Bayview Loan Servicing  LLC, A Delaware Limited Liability Company dcarlon@kmllawgroup.com

Lauren Moyer
  on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of Treehouse Series V Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lauren Moyer
  on behalf of Creditor U.S. Bank Trust National Association  as Trustee of Treehouse Series V Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lauren Moyer
  on behalf of Creditor U.S. Bank Trust National Association  as Trustee of Igloo Series V Trust C/O SN Servicing Corporation bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Marisa Myers Cohen
  on behalf of Creditor Bayview Loan Servicing  LLC, A Delaware Limited Liability Company ecfmail@mwc-law.com, mcohen@mwc-law.com

Marisa Myers Cohen
  on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger
  on behalf of Joint Debtor Janet S. Porterfield rebeka@seelingerlaw.com

Rebeka Seelinger
  on behalf of Debtor Howard L. Porterfield  Jr. rebeka@seelingerlaw.com

Rebeka Seelinger
  on behalf of Plaintiff Janet S. Porterfield rebeka@seelingerlaw.com

Rebeka Seelinger
  on behalf of Plaintiff Howard L. Porterfield  Jr. rebeka@seelingerlaw.com

Richard J. Bedford
  on behalf of Plaintiff Howard L. Porterfield  Jr. richard@seelingerlaw.com, rjb8181@gmail.com

District/off: 0315-1 | User: auto | Page 6 of 6
Date Rcvd: Jan 13, 2025 | Form ID: pdf900 | Total Noticed: 67

Richard J. Bedford
      on behalf of Debtor Howard L. Porterfield  Jr. richard@seelingerlaw.com, rjb8181@gmail.com

Richard J. Bedford
      on behalf of Plaintiff Janet S. Porterfield richard@seelingerlaw.com  rjb8181@gmail.com

Richard J. Bedford
      on behalf of Joint Debtor Janet S. Porterfield richard@seelingerlaw.com  rjb8181@gmail.com

Ronda J. Winnecour
      cmecf@chapter13trusteewdpa.com

TOTAL: 16