**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Howard L. Porterfield Jr.**
**Janet S. Porterfield**
   Debtor(s)

Bankruptcy Case No.: 19−11037−JCM

Chapter: 13

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

   Ronda J. Winnecour is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 13 case of the above named Debtor(s) is closed.

Dated: February 10, 2025

John C Melaragno
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-11037-JCM |
| Howard L. Porterfield, Jr. | Chapter 13 |
| Janet S. Porterfield | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 10, 2025 | Form ID: 129 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Howard L. Porterfield, Jr., Janet S. Porterfield, 13 Williams Drive, West Middlesex, PA 16159-2543 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2025        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing LLC, A Delaware Limited Liability Company dcarlon@kmllawgroup.com |
| Lauren Moyer | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Treehouse Series V Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Treehouse Series V Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Igloo Series V Trust C/O SN Servicing Corporation bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Marisa Myers Cohen | |

District/off: 0315-1    User: auto    Page 2 of 2
Date Rcvd: Feb 10, 2025    Form ID: 129    Total Noticed: 1

on behalf of Creditor Community Loan Servicing  LLC f/k/a Bayview Loan Servicing, LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Marisa Myers Cohen
on behalf of Creditor Bayview Loan Servicing  LLC, A Delaware Limited Liability Company ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger
on behalf of Plaintiff Janet S. Porterfield rebeka@seelingerlaw.com

Rebeka Seelinger
on behalf of Plaintiff Howard L. Porterfield  Jr. rebeka@seelingerlaw.com

Rebeka Seelinger
on behalf of Joint Debtor Janet S. Porterfield rebeka@seelingerlaw.com

Rebeka Seelinger
on behalf of Debtor Howard L. Porterfield  Jr. rebeka@seelingerlaw.com

Richard J. Bedford
on behalf of Debtor Howard L. Porterfield  Jr. richard@seelingerlaw.com, rjb8181@gmail.com

Richard J. Bedford
on behalf of Plaintiff Janet S. Porterfield richard@seelingerlaw.com  rjb8181@gmail.com

Richard J. Bedford
on behalf of Joint Debtor Janet S. Porterfield richard@seelingerlaw.com  rjb8181@gmail.com

Richard J. Bedford
on behalf of Plaintiff Howard L. Porterfield  Jr. richard@seelingerlaw.com, rjb8181@gmail.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 16